IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00482-BNB

BRIAN KEITH JONES,

     Plaintiff,

v.

RAE TIMME, Warden,
DURDIN, I.D. Badge # 10408,

     Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 6 2010

GREGORY C. LANGHAM
CLERK

ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, this case is being drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

DATED April 26, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00482-BNB

Brian Keith Jones
1020 Delaware Drive
Apt. 3
Colorado Springs, CO 80909

I hereby certify that I have mailed a copy of this **ORDER** to the above-named individuals on 4/26/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk