IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–00482–WYD–KMT

KEITH JONES

    Plaintiff,

v.

RAY TIMME WARDEN, Durdin ID Badge #10408,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Discovery" (# 14, filed filed April 22, 2010) is DENIED without prejudice as premature, as no scheduling conference has been set and no discovery schedule is in place.

Dated: May 3, 2010